**MEMO ENDORSED**

# GT GreenbergTraurig

George Sullivan
Tel 212.801.6541
Fax 914.286.2990
sullivang@gtlaw.com

> I have reviewed the redactions. They fall comfortably within the class of material widely viewed as of no, or slight public concern, and entitled to remain private and unpublicized. The redactions are allowed.
>
> Louis L. Stanton
> 3/21/22

March 16, 2022

**VIA ECF**

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Tara O'Connor-Roche Executor of Estate of Paul Roche III, and Individually vs. RBC Capital Markets, LLC, et al.*, No. 22-cv-01467-LLS

Dear Judge Stanton:

    We represent RBC Capital Markets, LLC and Christopher Ryan Bayles (collectively, "Respondents"). By this letter motion to seal, Respondents respectfully seek an order authorizing Respondents to redact sensitive financial information from their memorandum of law in opposition to the Petition to Vacate the Arbitration Award and in support of Respondents' cross-motion to confirm the award and supporting exhibits, filed contemporaneously herewith, and to file unredacted versions under seal.

    This is Respondents' second sealing request. On March 14, 2022, this Court granted the parties' joint motion (ECF No. 7) to permit redactions of sensitive financial information reflected in exhibits to the Notice of Removal, concluding that Respondents' privacy interests outweigh the presumption in favor of public access. *See* Order, ECF No. 9. Here, Respondents seek to redact similar information—and in many instances, identical information—and for the same reasons. As before, Respondents seek to redact a modest amount of confidential financial information relating to the value of assets under the management of certain financial advisors, the revenue generated by those assets, and employee compensation. This information has no bearing on the narrow legal questions before the Court, and Respondents' privacy interests outweigh it.

    Accordingly, Respondents hereby adopt the arguments set forth in the parties' prior joint motion (ECF No. 7) and respectfully request that the Court enter an order authorizing Respondents to make the proposed redactions and to file unredacted versions under seal.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/22/22
```

Greenberg Traurig, LLP | Attorneys at Law
445 Hamilton Avenue | 9th Floor | White Plains, NY 10601 | T +1 914.286.2900 | F +1 914.286.2990
www.gtlaw.com

Respectfully submitted,

*/s/ George D. Sullivan*
George D. Sullivan
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Tel: 212.801.6541
Fax: 212.224.6104

*Attorneys for Respondents*