**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

TARA O' CONNOR- ROCHE EXECUTOR
of ESTATE of PAUL ROCHE III, and
INDIVUDALLY,

                            Plaintiff,

          -against-                                          22 **CIVIL** 1467 (LLS)

                                                            **<u>JUDGMENT</u>**

RBC CAPITAL MARKETS, LLC, ET AL.,

                            Defendants.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 19, 2022, O'Connor-Roche's petition to vacate the Award is denied. Dkt. No. 1. Respondents' cross-petition to confirm the Award is granted but their motion for attorney's fees is denied.

**Dated:** New York, New York

      December 20, 2022

                                                           **RUBY J. KRAJICK**

                                                           _____
                                                           **Clerk of Court**

                                 **BY:**      *K. Mango*

                                                           _____
                                                            **Deputy Clerk**